```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
SEANA CROMITIE, individually and on behalf of others                   :
similarly situated,                                                    :
                                                                       :
                              Plaintiff,                               :      22 Civ. 5163 (JPC)
                                                                       :
               -v-                                                     :      ORDER
                                                                       :
ASHRO, INC.,                                                           :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On August 25, 2022, the Court ordered the parties to file a letter regarding the status of settlement discussions by October 6, 2022. Dkt. 12. Given that the parties have not filed the required status letter, they are directed to do so by October 19, 2022.

SO ORDERED.

Dated: October 12, 2022
       New York, New York

                                                      JOHN P. CRONAN
                                         United States District Judge