IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SEANA CROMITIE, on behalf of herself and all others similarly situated,**<br><br>   Plaintiff,<br><br>-v-<br><br>**ASHRO, INC.,**<br><br>   Defendant. | Civil Case Number: 1:22-cv-05163-JPC |

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' December 5, 2022 Stipulation of Dismissal, Dkt. 16, all claims asserted against Defendant in Civil Action No. **1:22-cv-05163-JPC**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may file a stipulation of dismissal signed by all parties who have appeared to dismiss an action without a court order. *Accord* Fed. R. Civ. P. 41(a)(1)(B) (permitting stipulation of dismissal with prejudice). Accordingly, the Clerk of Court is respectfully directed to close this case.

SO ORDERED.
Date: December 6, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge